UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ASAAD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-00645-JAK (RAOx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) (DKT. 23)** |

1

Based on a review of the Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 23)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The action is dismissed with prejudice. All pending dates and deadlines in the action are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: July 10, 2025

John A. Kronstadt
United States District Judge